UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STACY CRAYDER,

     Plaintiff,

v.           Case No. 8:16-cv-3029-T-33AAS

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

     Defendant.

_____/

## ORDER STAYING CASE

This matter comes before the Court sua sponte.  The Court notes that this case may be subject to transfer for multidistrict litigation in the United States District Court for the Southern District of California: MDL 2295.

In the interest of judicial economy, this Court stays this matter until such time as the Panel has dispositively ruled as to whether this case will be transferred to the consolidated multidistrict litigation.  In so staying this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds that the stay is reasonable.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Clerk is directed to **STAY AND ADMINISTRATIVELY CLOSE**

this case until such time as the Panel has dispositively ruled as to whether this case will be transferred to the consolidated multidistrict litigation in the United States District Court for the Southern District of California.

2.   The parties shall immediately inform the Court when the Panel has made its final ruling.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>1st</u> day of December, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE